JS-6

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE COTHRAN, individually and as a successor-in-interest to Robert Cothran, deceased,<br><br>                    Plaintiff,<br><br>        v.<br><br>COUNTY OF LOS ANGELES; ZINNIA MALOLOS, STEVE RODNEY, BASIL FELAHY; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No: 2:21-cv-02882 DSF (KSx)<br><br>[*Honorable Judge Dale S. Fischer*]<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL** |

**ORDER**

Having reviewed the parties' joint stipulation for dismissal of entire action with prejudice, IT IS HEREBY ORDERED that the entire above-entitled action against Defendants County of Los Angeles, et al., be dismissed, with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party will bear their own costs and fees.  The currently scheduled status conference for June 12, 2023 is vacated.

1 |     IT IS SO ORDERED.

DATED: June 5, 2023

                                                /s/ Dale S. Fischer
                                            Honorable Judge Dale S. Fischer
                                            UNITED STATES DISTRICT JUDGE